Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODA OPERANDI, INC., a Delaware Corporation; <br><br> Plaintiff, <br><br> v. <br><br> THE MCMULLEN BRAND, INC., a Delaware Corporation; and DOES 1-10, <br><br> Defendants. | Case No. 3:24-cv-4818 <br><br> PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT <br><br> Jury Trial Demanded |

Plaintiff Moda Operandi, Inc. hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

# PARTIES

4. Moda Operandi, Inc. ("Moda") is a Delaware corporation with its primary place of business located in Brooklyn, NY. Founded to empower people through exceptional design and fashion, Moda curates leading and emerging designers from around the world, bringing the best of their in-season assortment, and the entirety of their next season collections, to a global audience. Moda carries hundreds of brands and designers across women's, beauty, fine jewelry, and home categories, and ships to over 125 countries worldwide.

5. Upon information and belief, Defendant The McMullen Brand, Inc. ("McMullen") is a Delaware corporation with a principal place of business located at 2257 Broadway, Oakland, CA 94612. McMullen owns, operates, and controls the commercial website shopmcmullen.com and its related/affiliated subdomains, mobile websites, social media pages, and applications (altogether, "Defendants' Website").

6. Upon information and belief, Defendants Does 1-10 are other parties not yet identified who have infringed Plaintiff's copyrights. The true names, whether corporate, individual, or otherwise, of Defendants Does 1-10 are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

7. Upon information and belief, at all relevant times, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## **DEFENDANTS' UNAUTHORIZED EXPLOITATION OF THE SUBJECT PHOTOGRAPHS**

8. Moda owns the copyrights in 19 original photographs registered with the U.S. Copyright Office (collectively, the "Subject Photographs").

9. Following the publication and display of the Subject Photographs, Defendants, and each of them, used the Subject Photographs for commercial purposes without Moda's authorization, including displaying them on Defendants' Website in connection with promoting, offering for sale, and/or selling the products depicted in the Subject Photographs.

10. The Subject Photographs, and screen captures of the Subject Photographs displayed on Defendants' Website, are set forth in Exhibit 1.

## **FIRST CLAIM FOR RELIEF**

(**For Copyright Infringement – Against All Defendants, and Each**)

11. Plaintiff incorporates by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

12. Upon information and belief, Defendants, and each of them, had access to the Subject Photographs, including through Plaintiff's website, viewing the Subject Photographs on third-party websites or Internet search engines, and/or because the copies displayed on Defendants' Website are verbatim copies of, and thus strikingly similar to, the Subject Photographs.

13. Defendants, and each of them, copied, displayed, distributed, reproduced, and otherwise exploited the Subject Photographs for commercial purposes on Defendants' Website without Plaintiff's authorization.

14. Due to Defendants' acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

15. Due to Defendants' acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement.

As such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to the infringement in an amount to be established at trial.

16.  Upon information and belief, Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of, or with reckless disregard or willful blindness for, Plaintiff's rights in the Subject Photographs, such that said acts of copyright infringement were willful.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

a. That Defendants, each of them, their respective agents, and/or anyone else working on behalf of or in concert with Defendants or their respective agents, be enjoined from further exploiting the Subject Photographs for commercial purposes in any manner without Plaintiff's authorization absent some independent legal right;

b. That Plaintiff be awarded all Defendants' profits, and all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its attorneys' fees as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

/ / /

/ / /

/ / /

# JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: August 7, 2024

DONIGER / BURROUGHS

By: /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
*Attorneys for Plaintiff*