Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODA OPERANDI, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MCMULLEN BRAND, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 3:24-cv-04818-JCS<br><br>**NOTICE OF CHAPTER 11 BANKRUPTCY OF DEFENDANT AND WITHDRAWAL RE MOTION FOR ENTRY OF DEFAULT (ECF 11)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant The McMullen Brand, Inc. has filed for Bankruptcy under Chapter 11 of the U.S. Bankruptcy Code on August 20, 2024, Case No. 4:24-bk-41259 in the U.S. Bankruptcy Court, Northern District of California. Accordingly, Plaintiff hereby withdrawals its Motion for Entry of Default filed under Docket No. 11, and respectfully requests that the Court stay this case as provided under 11 U.S.C. § 362(a).

Dated: October 31, 2024

Respectfully submitted,

By: */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorney for Plaintiff*